UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK L. MITCHELL, | No. 2:14-cv-2994 GEB CKD PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| DANIEL STONE, DIRECTOR DIVISION OF ADULT PAROLE OPERATIONS; and ROBERT AMBROSELLI, REGIONAL PAROLE ADMINISTRATOR, | |
| Defendants. | |

Plaintiff is proceeding in this action pro se and in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21). Pending before the court is plaintiff's amended complaint. The court finds that plaintiff's amended complaint contains the basic factual allegations that, for screening purposes, may be sufficient to state a claim against the defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days, plaintiff must return materials for service of process enclosed herewith, as described below.

2. Service is appropriate for the following defendants: Daniel Stone, Director Division of Adult Parole Operations and Robert Ambroselli, Regional Parole Administrator.

/////

1

3. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs.

4. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one summons, a copy of the amended complaint, and an appropriate form for consent to trial by a magistrate judge.

5. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall file a statement with the court that said documents have been submitted to the United States Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons for each defendant;

    b. One completed USM-285 form for each defendant;

    c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal; and

    d. One copy of the instant order for each defendant.

6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

7. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

8. Failure to comply with this order may result in a recommendation that this action be dismissed.

Dated: April 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD/mitchell2994.serve.ord